# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dana Lockett<br>aka Lockett-Smith<br><br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 17-13033 JKF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Pennsylvania Housing Finance Agency and index same on the master mailing list.

          Respectfully submitted,

          **/s/ Matteo S. Weiner, Esquire**
          Matteo S. Weiner, Esquire
          KML Law Group, P.C.
          701 Market Street, Suite 5000
          Philadelphia, PA 19106-1532
          (215) 627-1322 FAX (215) 627-7734