# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Dana Lockett a/k/a Lockett-Smith<br>                    Debtor<br><br>PENNSYLVANIA HOUSING FINANCE AGENCY<br>                    Movant<br>          vs.<br><br>Dana Lockett a/k/a Lockett-Smith<br>                    Respondent | CHAPTER 13<br><br><br><br>NO. 17-13033 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection of Pennsylvania Housing Finance Agency to Confirmation of Chapter 13 Plan, which was filed with the Court on or about **October 9, 2017** (Document No. 17).

                                                                        Respectfully submitted,

                                                                        **/s/ Kevin G. McDonald, Esquire**
                                                                        Kevin G. McDonald, Esquire
                                                                        Attorney for Movant
                                                                        KML Law Group, P.C.
                                                                        BNY Mellon Independence Center
                                                                        701 Market Street, Suite 5000
                                                                        Philadelphia, PA  19106
                                                                        215-627-1322

January 17, 2018