United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-13033-mdc
Dana Lockett                                                                    Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP        Page 1 of 1        Date Rcvd: Jan 18, 2018
                       Form ID: 155        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2018.
db             +Dana Lockett,    5615 Arlington Street,    Philadelphia, PA 19131-3116

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2018 at the address(es) listed below:
      BRAD J. SADEK    on behalf of Debtor Dana   Lockett brad@sadeklaw.com,   bradsadek@gmail.com
      KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency
       KMcDonald@blankrome.com
      LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
       dmaurer@pkh.com;mgutshall@pkh.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    Pennsylvania Housing Finance Agency
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Dana Lockett
      Debtor(s)

Chapter: 13
Bankruptcy No: 17−13033−mdc

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this 18th day of January 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Magdeline D. Coleman
Judge ,
United States Bankruptcy Court

28 – 18
Form 155