IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                )
                      )   17-13033 (MDC)
DANA LOCKETT          )
                      )
**Debtor(s)**         )   Chapter 13
                      )
                      )

## CERTIFICATE OF SERVICE

WILLIAM E. CRAIG, attorney for Credit Acceptance Corporation hereby certifies as follows:

1. I am the attorney for Credit Acceptance Corporation and am fully familiar with the facts of this case.

2. On May 23, 2018, I served by electronic means and by regular mail, a copy of the Notice of Motion, Motion for Stay Relief, and proposed Order to the following individuals:

| Debtor | Debtor's Attorney |
|---|---|
| Dana Lockett | Brad J. Sadek, Esq. |
| 5615 Arlington Street | Sadek and Cooper |
| Philadelphia, PA 19131 | 1315 Walnut Street |
|  | Suite 302 |
|  | Philadelphia, PA 19107 |

| Office of the US Trustee | Trustee |
|---|---|
| 833 Chestnut Street | William C. Miller |
| Suite 500 | Chapter 13 Trustee |
| Philadelphia, PA 19107 | P.O. Box 1229 |
|  | Philadelphia, PA 19105 |

Date: 5/23/18

/s/ William E. Craig
William E. Craig
Morton & Craig LLC
110 Marter Ave., Suite 301
Moorestown, NJ 08057
(856) 866-0100
Bar I.D. 92329 - Pennsylvania