UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Dana Lockett
       Bankruptcy No. 17-13033MDC
       Adversary No.
       Chapter     13

Date:   May 24, 2018

To:     William E. Craig, Esq.

## NOTICE OF INACCURATE FILING

Re:  Notice of Motion

The above pleading was filed in this office on **May 23, 2018.** Please be advised that the following document(s) filed contains a deficiency as set forth below:

- ( )    Debtor's name does not match case number listed
- ( )    Debtor's name and/or case number (is) are missing
- ( )    Wrong PDF document attached
- ( )    PDF document not legible
- ( )    Notice of Motion/Objection
- ( )    Electronic Signature missing
- **(x)**    Other: **PDF for Notice of Motion missing**

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice. All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov** . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By: **Paul A. Puskar**
Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04