IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: DANA LOCKETT<br>**Debtor**<br><br>CREDIT ACCEPTANCE CORPORATION<br>**Moving Party**<br><br>v.<br><br>DANA LOCKETT<br>**Respondent**<br><br>WILLIAM C. MILLER<br>**Trustee** | CHAPTER 13<br><br>Case No.: 17-13033 (MDC)<br><br>**Hearing Date: 6-19-18 at 10:30 AM**<br><br>11 U.S.C. 362 |

### ORDER VACATING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the motion of Credit Acceptance Corporation, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2009 Dodge Journey** bearing vehicle identification number 3D4GG57V09T554182 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: 7/17/18

_____
UNITED STATES BANKRUPTCY JUDGE