LOCAL BANKRUPTCY FORM 9014-3
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Dana Lockett aka Lockett-Smith<br>                    Debtor(s) | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY<br>                    Movant<br>          vs.<br>Dana Lockett aka Lockett-Smith<br>                    Debtor(s) | NO. 17-13033 MDC |
| Karl Smith<br>                    Co-Debtor | 11 U.S.C. Section 362 and 1301 |
| William C. Miller Esq.<br>                    Trustee | |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

　　　　PENNSYLVANIA HOUSING FINANCE AGENCY has filed a Motion for Relief from Stay, with the court for Relief from the Automatic Stay of Section 362 and Co-Debtor stay of Section 1301 of the Bankruptcy Code.

　　　　**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

　　　　1.　　If you do not want the court to grant the relief sought in the motion, then on or before **March 12, 2019**  you or your attorney must do all of the following:
　　　　　　(a)　　file an answer explaining your position at:
　　　　　　　　　　United States Bankruptcy Court
　　　　　　　　　　 Robert N.C. Nix Building
　　　　　　　　　　900 Market Street, Suite 400
　　　　　　　　　　Philadelphia, PA  19107-4299

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and
　　　　　　(b)　　mail a copy to movant's attorney:
　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　 Suite 5000 – BNY Mellon Independence Center
　　　　　　　　　　701 Market Street
　　　　　　　　　　Philadelphia, PA 19106-1532

　　　　2.　　If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

　　　　3.　　A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman, the United States Bankruptcy Judge, in Courtroom 2 at the United States Bankruptcy Court, Robert

N.C. Nix Building, 900 Market Street, Suite 400, Philadelphia, Pa. 19107-4299 on **March 26, 2019**, at **10:30am**, or as soon thereafter as counsel can be heard, to consider the motion.

      4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

      **/s/ Kevin G. McDonald, Esquire**
      Kevin G. McDonald, Esquire
      Rebecca A. Solarz, Esquire
      KML Law Group, P.C.
      BNY Mellon Independence Center
      701 Market Street, Suite 5000
      Philadelphia, PA  19106
      Phone: (215)-627-1322
      Attorneys for Movant/Applicant

February 25, 2019