# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 17-13033-MDC

DANA LOCKETT

5615 ARLINGTON STREET

PHILADELPHIA, PA 19131

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

DANA LOCKETT

5615 ARLINGTON STREET

PHILADELPHIA, PA 19131

Counsel for debtor(s), by electronic notice only.

BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

Date: 9/15/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee