## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Dana Lockett aka Lockett-Smith
                              Debtor(s)

PENNSYLVANIA HOUSING FINANCE
AGENCY
                              Movant
            vs.

Dana Lockett aka Lockett-Smith
                              Debtor(s)
Karl Smith
                              Co-Debtor

and William C. Miller Esq.
                              Trustee

Chapter 13

NO. 17-13033 MDC

### ORDER

     AND NOW, this   19th   day of   February   , 2021 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on *April 8, 2019*   it is ORDERED AND DECREED that:

     The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PENNSYLVANIA HOUSING FINANCE AGENCY and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 5615 Arlington Street Philadelphia, PA 19131.

     The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge.

cc: See attached service list

Dana Lockett aka Lockett-Smith
5615 Arlington Street
Philadelphia, PA 19131

Karl Smith
5615 Arlington Street
Philadelphia, PA 19131

William C. Miller Esq.
CHapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

Brad J. Sadek Esq.
1315 Walnut Street (VIA ECF)
Suite 804
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532