United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 17-13033-mdc
Dana Lockett | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 22, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**
+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Dana Lockett, 5615 Arlington Street, Philadelphia, PA 19131-3116 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Dana Lockett brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| KEVIN G. MCDONALD | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2　　　　　　　　User: admin　　　　　　　　Page 2 of 2
Date Rcvd: Feb 22, 2021　　　　　　Form ID: pdf900　　　　　　Total Noticed: 1

WILLIAM C. MILLER, Esq.
　　　　ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM EDWARD CRAIG
　　　　on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com
　　　　mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dana Lockett aka Lockett-Smith <br> Debtor(s) <br><br> PENNSYLVANIA HOUSING FINANCE AGENCY <br> Movant <br> vs. <br><br> Dana Lockett aka Lockett-Smith <br> Debtor(s) <br> Karl Smith <br> Co-Debtor <br><br> and William C. Miller Esq. <br> Trustee | Chapter 13 <br><br> NO. 17-13033 MDC |

## ORDER

AND NOW, this 19th day of February, 2021 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on *April 8, 2019* it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PENNSYLVANIA HOUSING FINANCE AGENCY and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 5615 Arlington Street Philadelphia, PA 19131.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge.

cc: See attached service list

Dana Lockett aka Lockett-Smith
5615 Arlington Street
Philadelphia, PA 19131

Karl Smith
5615 Arlington Street
Philadelphia, PA 19131


William C. Miller Esq.
CHapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

Brad J. Sadek Esq.
1315 Walnut Street (VIA ECF)
Suite 804
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532