# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dana Lockett aka Lockett-Smith <br>                    Debtor(s) <br><br> PENNSYLVANIA HOUSING FINANCE AGENCY <br>                    Moving Party <br> vs. <br><br> Dana Lockett aka Lockett-Smith <br>                    Debtor(s) <br> Karl Smith <br>                    Co-Debtor <br> and Kenneth E. West Esq. <br>                    Trustee | Chapter 13 <br><br> NO. 17-13033 MDC <br><br> 11 U.S.C. Section 362 and 1301 |

## **CERTIFICATION OF DEFAULT**

I, Rebecca A. Solarz, Esquire, attorney for Moving Party, certify that Debtor(s) has/have defaulted upon the terms of the Stipulation. It is further certified that the attached notice dated April 28, 2022 was served upon the Debtor(s) and Debtor's Attorney on said date. Subsequent to said notice, the Debtor(s) has/have failed to cure the default. Accordingly, the Court shall enter the attached Order granting the Moving Party relief from the automatic stay.

                                                       **/s/ Rebecca A. Solarz, Esquire**
                                                       Rebecca A. Solarz, Esquire
                                                       KML Law Group, P.C.
                                                       701 Market Street, Suite 5000
                                                       Philadelphia, PA 19106-1532
                                                       (215) 627-1322 FAX (215) 627-7734
                                                       Attorneys for Movant/Applicant

May 18, 2022