United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 17-13033-mdc

Dana Lockett     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Jun 14, 2022     Form ID: 138OBJ     Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dana Lockett, 5615 Arlington Street, Philadelphia, PA 19131-3116 |
| 13909849 | + | Furniturebar, Po Box 94498, Las Vegas, NV 89193-4498 |
| 13930140 | | Navient Solutions, LLC. on behalf of, United Student Aid Funds, Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 13909853 | + | Nicks Jrs Auto Sales, 2200 W. Ritner Street, Philadelphia, PA 19145-4115 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 15 2022 00:24:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 15 2022 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14125875 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jun 15 2022 00:23:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |
| 13909841 | + | Email/Text: bankruptcy@cavps.com | Jun 15 2022 00:24:00 | Calvary Portfolio Services, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 13971837 | + | Email/Text: bankruptcy@cavps.com | Jun 15 2022 00:24:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13909843 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 15 2022 00:23:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 13909844 | + | Email/PDF: pa_dc_ed@navient.com | Jun 15 2022 00:28:42 | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 13909848 | + | Email/Text: bknotice@ercbpo.com | Jun 15 2022 00:24:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14650493 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 15 2022 00:24:00 | INTERNAL REVENUE SERVICE, 600 ARCH STREET, Insolvency 3rd floor, PHILADELPHIA,PA 19106 |
| 13909850 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 15 2022 00:24:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 13909851 | + | Email/PDF: pa_dc_claims@navient.com | Jun 15 2022 00:28:42 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 13964298 | | Email/PDF: pa_dc_ed@navient.com | Jun 15 2022 00:28:38 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 13993026 | + | Email/Text: blegal@phfa.org | Jun 15 2022 00:24:00 | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 North Front Street, Harrisburg, PA |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 17101-1406 |
| 13909855 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2022 00:28:35 | | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 13910346 | + | Email/PDF: rmscedi@recoverycorp.com Jun 15 2022 00:28:35 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13909854 | + | Email/Text: blegal@phfa.org Jun 15 2022 00:24:00 | | Pa Housing Finance Age, Po Box 8029, Harrisburg, PA 17105-8029 |
| 14195188 | + | Email/PDF: gecsedi@recoverycorp.com Jun 15 2022 00:28:35 | | Synchrony Bank, c/o PRA Receivables Management, LLC, attn: Valerie Smith, PO Box 41021, Norfolk, VA 23541-1021 |
| 13909857 | + | Email/Text: External.Collections@phoenix.edu Jun 15 2022 00:24:00 | | University Of Phoenix, 1625 W Fountainhead Pkwy, Tempe, AZ 85282-2371 |
| 13948634 | + | Email/PDF: ebn_ais@aisinfo.com Jun 15 2022 00:28:35 | | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 13909858 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 15 2022 00:23:00 | | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13909842 | *+ | Calvary Portfolio Services, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 13909846 | *+ | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 13909847 | *+ | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 13909845 | *+ | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 13909852 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 13909856 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2022  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Dana Lockett brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| KENNETH E. WEST | |

District/off: 0313-2    User: admin    Page 3 of 3
Date Rcvd: Jun 14, 2022    Form ID: 138OBJ    Total Noticed: 24

ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
   on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
   on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

LEON P. HALLER
   on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com

MATTEO SAMUEL WEINER
   on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
   on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
   on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Dana Lockett

        Debtor(s)                                        Case No: 17−13033−mdc

                                                                    Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                              900 Market Street
                                Suite 400
                          Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/14/22

                                                                                                       91 − 82
                                                                                              Form 138OBJ